FILED
CHARLOTTE, NC
APR 04 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

# Proposal february 4 of 2025
## to Gaston county Jail

Sincerely politely Respectfully today is february 4 of 2025 good morning to each and everyone present, case #3:19-mc-00054-MR Jose MUSEL Life breather in flesh and blood speaking man, moves this court to immediately Release him, and dismiss all charges pending and Return him as he was found, Unfettered Free man, no limitationes, no boundaries, no restrictions 100% free man for wrong jurisdiction call, and order the court, to arrest and detain in jail suspending all licences, titles, permits, to operate any goverment facility, for the next names mentioned judge David Philips ada Travis page, Megan Rodent, lawyer Thomas Taylor, detective, Alexander Loperas and all individuals participated persons, on the arresting order of Jose M.U.S.EL till all dameges, pain and suffering, harms cruelty, enjured, oppresed, treatening, intemdated, for abstraction impeding ligal process, for neglet of the law, for disrespected, dishonest, dishonor, the Real genuine law of Unite state of America, imposing collaborated law, till all damages are fully restored and pay, as pro se, fairlly consideration

Damages to be pay 10% interest us silver dollars of the 500,000,000.00 million lien five hundred million plus 200,000.00 us silver dollar two hundred thousand and zero cents silver us dolars for each week been detain in jail plus 3% interest of total fees us silver dollars till release date Good bless America

Send March 20 of 2025

# Amending the Action
## in a civilize way

Very politely, sincerely humbling, drooping all pride, and and arrogance, keeping everthing at lower level, kindly ask, to please consider my situation kindly asking, to please stop this conflict posture, been created from both size between, defended and the plaintiff, kindly ask, to Please, lets be mature, and pleas lets stop, these aggravated disputs, and lets work together, getting every twisted terms straight, Please take my apologize, all of my desires are to be done, and just be over with this matter, Keeping the best of all knowlege and understanding, of peace and love, wich reflects the best of man civilization of man kind with that been say, lets get to the main point.

Amending the Action   case #3:24-cv-01054-MOC
Damages to be paid 2% of the 500,000,000.00 five hundred thousand million Lian U.S. silver dollar, that gaston count jail have, plus 20.000.00 twenty thousand U.S silver dollar, per each month of been in falsely Detained, movin Action to immediately released the plaintiff, unfeathered, no hand cops, no shacles, 100% unfeathered, no restriction no barriers, no limitations, freeman as was found, considering full damages restored, as pro se
     as pro se fairly consideration.
ones again please take my APOLOGIZED

Send March-20 of 2025

## 18 USC 242

Conspiracy agains rights if two or more persons cospire to injure, opres, theaten, or intimidate any person in any state, territory, commonwealth, possession or district, in the free exercise or enjoiment of any right or privilege secured to him by the constitution or laws of the united states or, because of his having so exercised the same or,

if two or more persons go in disguise on the highway, or on the premises of enother, with intent prevent or hinder his free exercise or in enjoyment of any right or privilege so secured —

They shall be fined under this title or immprisoned not more then ten years, or both; and if death result from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kitnap, agravated sexual abuse, or an attemptt to kill they shall be fined under this title or immprisoned for any term of years or for life, or both, or may be sentenced to death.

send March 20 of 2025

## 18 USC 241

Whoever, under color of any law, statute, ordinance, regulation, or costom, willfully subjects any person in any state Territory, commonwealth, possession, or District to the deprivations of any rights, privilages, or immunities, secured or protected by the constitution or laws of the United states, or to different ponishments pain, or penalties, on account of such person being an alien or by reason of his color, or race, than prescribed for the ponishment of citizens; shall be fined under this title or imprisoned Not more than one year or both and if bodily injury result from the acts commited in violation of this section or if such acts include th use, attempted use, or theatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or immprisoned not more then ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping, or an attemt to commitit kitnap agravated sexul abuse, or an attemt to commit agravated sexul abuse, or an attemt to kill, shall be fined under this title, or immprisoned for any term of years or for life, or both, or may be sentenced to death.

Cruel vs Neale

There every man is independent of all laws, exept those prescribed by nature, he is not bound by any institutions formed by his fallowmen with chose his consent crudent, neale 2 N.C. 338 (1796) 25.C.70

or nations was, and if it was intended to operate no longer than the law of nations would have operated to the execution or the plaintiff from are courts ramely, during the continuance of the war the clause says, the plaintiff right shall be suspended untill the.

There every man is independet of all laws, exept those prescribed by nature, he is not bound by any institutions formed by his fallowmen with chose his consent crudent, neale 2 N.C. 338 (1796) 25.C.70

february 04 of 2025

March of 20 of 2025

Plaintiff Jose marcial Ugarte Solis
Defendant Roxann Rankin, Travis Page, Chad Hawkins and State of North Carolina- Gaston County Superior Court
Case number 3:24-cv-01054-MOC
Filed 12/0/2024
Court U.S District Court for the Wester District of North Carolina
Presiding judge Max O Cogburn
Nature of suit Prisoner, Civil Rights
Cause of action 42 U.S.C § 1983 Prisoner Civil Rights.

Send March 20 of 2025

| Plaintiff | Defendant |
|---|---|
| Jose Marcial Ugarte Solis El in Gaston county jail 425-Drive-M.L.K Jr Way Gastonia NC 28052 | Export Action to terminat Appointed Action State Of North Carolina 425-Drive-M.L.K-Jr Way Gastonia NC 28052 Case# 3:24-cv-01054-MOC |

1) Movant hereby moves this Action to terminated request withdraw Appointed council Base off of conflict of negligent

2) Defendant council has disregarded negligent ignore of Plaintiff creating a conflict creating negligence of law

3) Defendant council has refuse to show any good Exercise of the law to plaintiff wile in conflict posture creating false Disputes and Agravated conspiracy Against Rigts

4) Defendant council continuously ignore Plaintiff Rigts to the Process leaving Plaintiff limbo facing the plaintiff to lose all trust and confidence then creating conflict trust

5) Defendant council has failed to file and answer Plaintiff right on behalf of plaintiff creating negligent Disputes creating conflict and Agrabated conspiracy against Rigts

6) Movant Respectfully moves this Action to move Assigned counsil from the abobe cases(s) and dismiss all charges

Send March 20 of 2025

| Plaintiff | Defendant |
|---|---|
| Jose Marcial Ugarte Solis El | Export Action to terminate |
| In Gaston County Jail | Appointed Action |
| 425 Drive-M·L·K-Jr Way | ROXANN RANKIN, |
| Gastonia NC. 28052 | 425-Drive-M.L.K-Jr-way |
|  | Gastonia NC 28056 |
|  | case #3:24-cv-01054-MOC |

1) movant here by moves this Action to terminated request withdraw Appointed council Base off of conflict of negligent

2) Defendant council has disreguarded negligent ignored Plaintiff creating a conflict, creatin negligence of law

3) Defendant council has refuse to show any good Exercise of the law to plaintiff wile in conflict postuve creating false disputes, and creating Agrabated Conspiracy Against Rigts

4) Defendant council continuosly ignore plaintiff Rigts to the process leaving plaintiff limbo facing the plaintiff to lose all trust and confidence then creating conflict trust

5) Defendant council has failed to file and answer plaintiff right on behalf of plaintiff creating negligent Disputes creating a conflict of all rights

6) Movant Respecfully moves this Action to move Assigned council from this case creating and discharges

March 20 of 2025

| Plaintiff | |
|---|---|
| Jose Marcial Ugarte solis El In Gaston county jail 425-Drive M.L.K-Jr Way Gastonia NC 28052 | Export Action to Terminate Apointed Action A-D-A TRAVIS PAGE 425-Drive-M.L.K-Jr Way Gaston NC 28052 case#3:24-cv-01054-MOC |

1) Movant here by moves this Action to terminate request withdraw Appointed council Based off of conflict of Negligent

2) Defendent council has disreguarded negligent ignored plaintiff creating a conflict, creating negligence of law

3) Defendont council has refuse to show any good exercise of the law wile in conflict posture creating false disputes and creating agrabated conspiracy against Rigts

4) Defendent council continuously ignore Plaintiff Rigts to the process leaving plaintiff limbo fasing the plaintiff to lose all trust and confidence then creating conflict trust

5) Defendent council has failed to file and answer plaintiff rights on behalf of plaintiff, creating negligent to disputes creating a conflict of all rigts, creating agrated cospiracy against rigths

6) Movant Respectfully Moves this Action to move Assigned council from the above cases, and dismiss all charges

send March 20 of 2025

| Plaintiff | Defendant |
|---|---|
| Jose Marcial Ugarte Solis El in gaston county jail 425-Drive-M.L.K-Jr Way Gastonia NC 28052 | Export Action to Terminate Appointed Action To Gaston County Court House Case # 3:24-CV-01054-MOC |

1) movant hereby moves this Action to terminate request to withdraw Appointed council Based off of conflict of negligent

2) Defendant council has disreguarded negligent ignored Plaintiff, creating a conflict, creating negligent

3) Defendant council has refused to show any good exercise to Plaintiff wile in conflict posture creatin false disputes and creating Agrabated cospiracy Against Rigts

4) Defendant council continuously ignored Plaintiff rights to the process leaving Plaintiff in limbo facing the plaintiff to lose all trust and confidence in then creating a conflict of trust.

5) Defendant council has failed to file and answer plaintiff right on behalf of the plaintiff creating negligent also creatin a conflict of all rigts

6) Movant Respectfully moves this Action to muve Assi Assigned

send march 20 of 2025

| Plaintiff | Export Action Terminate |
| --- | --- |
| Jose Marcial Ugarte Solis El in Gaston County Jail A25 Drive-M-L-K-Jr Way Gastonia NC 28052 | Appointed Action CHAD HAWKINS A25 Drive-M-L-K Jr Way Gastonia NC 28052 Case# 3:24-cv-01054-MOC |

1) Movant hereby moves this Action to terminate request withdraw Appointed council Based off of conflict of Negligent

2) Defendant council has disregarded negligent ignored Plaintif creating a conflict, creating negligence of law

3) Defendant council has refuse to show any good Exercise of the law wile in conflict posture creatin false disputs and creating agrabated cospiracy Against Rigts

4) Defendant concil continuosly ignore Plaintiff Rigts to the process leaving plaintiff limbo facing the plaintif to lose all trust and confidence then creating conflict trust

5) Defendant council has failed to file and answer plaintiff rights on behalf of plaintiff creating negligent to disputes creatin a conflict of all rigts, creating agravated conspiracy against rigts

6) Movant Respectfully Moves this Action to move Assigned council from the above cases, and dismiss all charges

# Amendment

Dameges to be pay 1% of the 500,000,000.00 million lean that gaston county jail have plus 20 thousand us silver dollars per each month been in jail, plus 1% of the total charge por all damages to plaintiff Jose Marcial Ugarte Solis El

Sinceratcly Politely and so very respectfully pleas take my